# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KATY MANLEY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>THE HAIN CELESTIAL GROUP, INC.,<br><br>    Defendant. | Case No. 1:18-cv-7101<br><br>District Court Judge Jorge L. Alonso<br><br>Magistrate Judge Susan E. Cox |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Katy Manley and Defendant the Hain Celestial Group, Inc., stipulate to the dismissal of the above-captioned action with prejudice. Each party shall bear its own attorneys' fees, expenses, and other costs in connection with the above-captioned action and this dismissal.

Date: November 12, 2019

/s/ Dean Nicholas Panos

Dean Nicholas Panos
Richard P. Steinken
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350
dpanos@jenner.com
rsteinken@jenner.com

*Attorneys for Defendant*
*The Hain Celestial Group, Inc.*

 /s/William M. Sweetnam

William M. Sweetnam
**SWEETNAM LLC**
53 West Jackson Boulevard, Suite 1440
Chicago, Illinois 60604
(312) 757-1888
wms@sweetnamllc.com

*Attorneys for Plaintiff Katy Manley*

2

SO ORDERED on this_____day of November, 2019.

                                                                                                                          _____
                                                                                                                           Judge Jorge L. Alonso