## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Katy Manley

                Plaintiff,

v.                                            Case No.: 1:18–cv–07101
                                                   Honorable Jorge L. Alonso

The Hain Celestial Group, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2019:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation to dismiss has been filed. This case is dismissed with prejudice. Status hearing previously set for 12/10/19 is stricken. Civil Case Terminated. Notices mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.